UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE MARSH, et al., | Case No. 1:23-cv-01451-JLT-EPG |
| Plaintiffs, | |
| v. | ORDER DIRECTING EACH PLAINTIFF TO FILE AN APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| FREEDOM MORTGAGE CORPORATION, | |
| Defendant. | (ECF Nos. 2, 3) |

Plaintiffs Terrance Marsh and Gisele Marsh, proceeding *pro se*, filed this civil action on October 10, 2023. (ECF No. 1). Neither Plaintiff has paid the $402.00 filing fee, but each Plaintiff has filed a form requesting a waiver of court fees on what appears to be a form used by California state courts. (ECF Nos. 2, 3). While the Court acknowledges that the form provides some helpful information, the Court has its own form for federal cases that requests additional information to determine whether Plaintiffs may proceed *in forma pauperis* in this case, *i.e.*, without payment of the Court's filing fee. Thus, the Court will require each Plaintiff to complete in full the Court's standard form.

Accordingly, IT IS ORDERED that:

1. The Clerk of the Court is respectfully directed to send Plaintiffs two applications to proceed *in forma pauperis* (Form – AO 240).

2. Within forty-five (45) days of the date of service of this order, each Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed,

1

or in the alternative, pay the $402.00 filing fee for this action. No requests for extension will be granted without a showing of good cause. <u>Failure to comply with this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated:  **October 12, 2023**                    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE