UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE MARSH, et al., | Case No. 1:23-cv-01451-JLT-EPG |
| Plaintiffs, | ORDER GRANTING MOTIONS TO PROCEED *IN FORMA PAUPERIS* |
| v. | (ECF Nos. 5, 6) |
| FREEDOM MORTGAGE CORPORATION, | |
| Defendant. | |

Plaintiffs Terrance Marsh and Gesele Marsh are proceeding *pro se* in this civil action and have requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 5,6). Plaintiffs have made the requisite showing required by § 1915(a).

Accordingly, IT IS ORDERED as follows:

1. Plaintiffs' motions to proceed *in forma pauperis* (ECF Nos. 5, 6) are granted.
2. The Clerk of Court is directed to term Plaintiffs' previous motions to proceed *in forma pauperis* as moot. (ECF Nos. 2, 3).

IT IS SO ORDERED.

Dated:   **October 23, 2023**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

1