UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE MARSH, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>　　　　　Defendant. | Case No.  1:23-cv-01451-JLT-EPG<br><br>ORDER TO COMPLETE AND RETURN SERVICE DOCUMENTS<br><br>(ECF No. 10)<br><br>THIRTY (30) DAY DEADLINE |

　　　　Plaintiffs Terrance Marsh and Gesele Marsh proceed *pro se* and *in forma pauperis* in this civil action. (ECF Nos. 1, 7, 9). On January 25, 2024, the Court screened Plaintiffs' first amended complaint, and concluded that they stated a claim under the Fair Credit Reporting Act. (ECF No. 10). The Court noted that it would issue an order in due course providing service documents to Plaintiffs that they must complete and return so that Defendant may be served. (*Id.* at 6).

　　　　Accordingly, IT IS ORDERED as follows:

　　　　1. Service is appropriate for the following defendant:

　　　　　　a. Freedom Mortgage Corporation;

　　　　2. The Clerk of Court shall SEND Plaintiffs two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet, and a copy of the first amended complaint filed on December 22, 2023 (ECF No. 9);

1

3. Within **thirty (30) days** from the date of service of this order, Plaintiffs shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Two completed USM-285 forms (one for delivery to an agent of the corporation and one for mailing to the corporation);

   b. Two completed summonses for Defendant Freedom Mortgage Corporation;

   c. Three (3) copies of the endorsed Complaint;

4. Plaintiff need not attempt service on the defendant(s) and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshals Service to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

5. <u>Failure to comply with this order may result in the dismissal of this action</u>.

IT IS SO ORDERED.

Dated:   **January 26, 2024**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

2