UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE MARSH, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>　　　　　　Defendant. | Case No.  1:23-cv-01451-JLT-EPG<br><br>ORDER REGARDING FAILURE TO RETURN SERVICE DOCUMENTS<br><br>(ECF No. 15) |

　　　　Plaintiffs Terrance Marsh and Gesele Marsh proceed *pro se* and *in forma pauperis* in this civil action. (ECF Nos. 1, 7, 9). On January 25, 2024, the Court screened Plaintiffs' first amended complaint, and concluded that they stated a claim against Defendant Freedom Mortgage Corporation under the Fair Credit Reporting Act. (ECF No. 10).

　　　　The Court directed Plaintiffs to complete and return service documents (ECF No. 11) to serve Defendant, which Plaintiffs did (ECF No. 12), and on February 6, 2024, the Court directed the United States Marshals Service to serve the documents on Defendant. (ECF No. 13). On April 16, 2024, the United States Marshals Service filed the process receipt and return showing that Defendant was not served because it was unable to locate the Defendant at the address provided. (ECF No. 14). The handwritten notes under remarks states, "location is AFDI Tech." (*Id.*) (capitalization omitted).

Noting that the 90-day period under Federal Rule of Civil Procedure 4(m) to serve Defendant was quickly approaching, the Court issued an order on April 18, 2024 *sua sponte* extending the time to complete service to August 2, 2024. (ECF No. 15). Additionally, the Court sent Plaintiffs an additional set of service documents to complete and return and instructed them to return the documents within 21 days so that service by the United States Marshals Service could be promptly completed.

However, to date, Plaintiffs have still not returned the service documents or filed anything in this case. Based on these circumstances, the Court will give Plaintiffs one final extension to return the previously provided service documents.

Accordingly, IT IS ORDERED as follows:

1. By no later than June 28, 2024, Plaintiffs shall follow the instructions in the Court's April 18, 2024 order for completing and returning the service documents. (ECF No. 15).[1]

2. <u>Failure to comply with this order may result in the dismissal of this action</u>.

IT IS SO ORDERED.

Dated:   **June 11, 2024**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is not extending the August 2, 2024 deadline for service. However, Plaintiffs may file a motion to extend this deadline if they believe an extension is need and warranted.

2