



**FILED**

United States District Court
Eastern District of California

JUN 1 2 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____FMN_____
DEPUTY CLERK

TERRENCE MARSH, GESELE MARSH

Plaintiff(s)

V.

FREEDOM MORTGAGE CORPORATION

Defendant(s)

Case Number: 1:23-cv-01451-JLT-EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, KATHRYN CASSANDRA CARTER hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
FREEDOM MORTGAGE CORPORATION

On 10/03/2018 (date), I was admitted to practice and presently in good standing in the Commonwealth of Kentucky (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06 / 12 / 2025          Signature of Applicant: /s/ K. Cassandra Carter

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | KATHRYN CASSANDRA CARTER |
| Law Firm Name: | Dinsmore & Shohl LLP |
| Address: | 100 West Main St., Suite 900 |
| City: | Lexington   State: KY   Zip: 40507 |
| Phone Number w/Area Code: | (859) 425-1033 |
| City and State of Residence: | Lexington, Kentucky |
| Primary E-mail Address: | Cassandra.carter@dinsmore.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Brian Metcalf |
| Law Firm Name: | Dinsmore & Shohl LLP |
| Address: | 550 S. Hope Street, Suite 1765 |
| City: | Los Angeles   State: CA   Zip: 90071 |
| Phone Number w/Area Code: | (213) 335-7737   Bar #: 205809 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through ECF/PACER.

Dated: 6/12/25

_____
JUDGE, U.S. DISTRICT COURT

EXHIBIT A

# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1812
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
Rhonda Jennings Blackburn
President

Todd V. McMurtry
President-Elect

Matthew P. Cook
Vice President

W. Fletcher McMurry Schrock
Immediate Past President

Donald H. Combs III
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Miranda D. Click
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
LaToi D. Mayo
Stephanie McGehee-Shacklette
Susan Montalvo-Gesser
Susan D. Phillips
Ryan C. Reed
James M. Ridings
James A. Sigler
Catherine D. Stavros
J. Tanner Watkins



## THIS IS TO CERTIFY THAT

### KATHRYN CASSANDRA CARTER
*Dinsmore & Shohl LLP*
*100 West Main Street, Suite 900*
*Lexington, Kentucky 40507*

### Membership No. 98018

is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 21st day of April, 2025.

**JOHN MEYERS**
**REGISTRAR**



By: _Michele M. Pogrotsky_
Michele M. Pogrotsky, Deputy Registrar



## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on June 12, 2025, a true copy of this document was served by electronic mail upon all registered CM/ECF users, and by United States Postal Service upon all non-registered CM/ECF users in this case as indicated below:

Gesele Marsh
10140 Mendiburu Road
California City, CA 93505
*Pro se*

Terrance Marsh
10140 Mendiburu Road
California City, CA 93505
*Pro se*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

                                                   */s/ Katrice Ortiz*
                                                   Katrice Ortiz